UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FATIMA BARI,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLIANCE HOMECARE, INC., and ALLIANCE NURSING STAFFING OF NY, INC.,<br><br>            Defendants. | Case No: 22-cv-8310<br><br>**VOLUNTARY STIPULATION OF**<br>**DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that the parties agree that the dispute underlying the above-captioned action is subject to a binding arbitration agreement that prevents the parties from proceeding in this Court.

| | |
|---|---|
| **JOSEPH & KIRSCHENBAUM LLP**<br><br>By: _/s/_<br>   Michael DiGiulio, Esq.<br>   32 Broadway, Suite 601<br>   New York, NY 10004<br>   (212) 688-5640<br>   *Attorneys for Plaintiff* | **GREENWALD DOHERTY**<br><br>By: _/s/_<br>   George Vallas, Esq.<br>   1740 Broadway, 15th Floor<br>   New York, NY 10019<br>   (212)-644-1310<br>   *Attorneys for Defendants* |